STATE OF NEW JERSEY v. MARIO T. DE FELICE, JR.

November 10, 1986.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. MICKEY LEE JAMES.

November 10, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. DENNIS LEE BOYD.

November 10, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE REED.

November 10, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. SHARON WEILER.

November 10, 1986.

Petition for certification denied.   (See 211 *N.J.Super.* 602)